IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA    )
                            )
Plaintiff,                  )
                            )
v.                          )        CASE No.:  2:03-cr-10115
                            )
CARLOS  CARO *et al.*,        )          (Hon. James P. Jones)
                            )
                            )
Defendant.                  )
                            )

## **MOTION TO FOR APPOINTMENT OF COUNSEL**

Carlos Caro, an indigent federal prisoner under a sentence of death imposed by this Court in another case, Case No. 06-cr-00001 (W.D. Va.) respectfully moves, pursuant to 28 U.S.C. § 2255(g) and the local rules,[1] for the appointment of undersigned counsel to represent him in a § 2255 motion that has been simultaneously filed with the Court.   The Court previously appointed undersigned counsel to represent Mr. Caro in his capital case.  Case No. 1:06-cr-0001-JPJ (W.D. Va.).  Counsel has filed a § 2255 motion in that case that raises issues relating to the plea agreement negotiated in this case.  The § 2255 motion in this case is related to those issues, and resolution of the issues presented here will impact the Court's decision in both cases.  Thus, efficiency and consistency will be    served    by    the    appointment    of    undersigned    counsel    in    this    case.

---

[1] Rule 6(f) of the Western District of Virginia General Rules provides, "Notwithstanding any provision of this rule, . . .  any attorney employed by the Federal Public Defender's Office, may appear and file pleadings in an official capacity without admission to practice in this Court, so long as such attorney is qualified and licensed to practice before the Supreme Court of the United States, or before the highest court of any state in the United States . . . ." W.D. Va. Gen. R. 6(f).

For these reasons, Mr. Caro respectfully asks the Court to appoint Jon M. Sands, Federal Public Defender for the District of Arizona, and Larry Shelton, Federal Public Defender for the Western District of Virginia, to represent him in the § 2255 motion simultaneously filed today with the Court.

Respectfully submitted this 11th day of January, 2013.

CARLOS DAVID CARO
BY COUNSEL

S/ Dale A. Baich
Jon M. Sands (W.D.Va.Gen.R. 6(f))
Arizona State Bar # 010441
Federal Public Defender
Dale A. Baich
Defender Ohio State Bar # 0025070
Supervisor, Capital Habeas Unit
Office of the Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, AZ 85007
Ph: 602-382-2700
Fax: 602-889-3960
Email: jon_sands@fd.org
Email: dale_baich@fd.org

S/Larry Shelton
Larry Shelton
VSB # 15205
Federal Public Defender
Office of the Federal Public
Western District of Virginia
210 First St., SW Suite 400
Roanoke, Virginia 24011
Ph: 540-777-0880
Fax: 540-777-0890
Email: larry_shelton@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on January 11th, 2013, I filed the foregoing Motion for Appointment of Counsel with the Clerk of the Court through CM/ECF, and also emailed a copy to the parties listed below:

Anthony Giorno, AUSA.
Email: anthony.giorno@usdoj.gov

Rick A. Mountcastle
Email: rick.mountcastle@usdoj.gov

s/Stephanie Bame_____
Legal Assistant
Capital Habeas Unit