IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA )
                                 )
Plaintiff,                   )
                                 )
v.                                )          CASE No.:  2:03-cr-10115
                                 )
CARLOS  CARO *et al.*,       )        (Hon. James P. Jones)
                                 )
                                 )
Defendant.              )
                                 )

## **ORDER**

Upon motion by the defendant Carlos Caro and for good cause shown, it is hereby

**ORDERED** that the defendant's Motion for Appointment of Counsel is granted. The

Court, pursuant to 18 U.S.C. § 3599, appoints Jon M. Sands, Federal Public Defender for

the District of Arizona, as lead counsel, and Larry Shelton, Federal Public Defender for

the Western District of Virginia as co-counsel to represent defendant Carlos David Caro.

Attorneys assigned to work on this case from each office shall file notices of appearance

with the Court.

ENTERED:    This \_\_\_\_ day of January, 2013.

 

                                      _____
                                      UNITED STATES DISTRICT JUDGE