CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

**JAN 1 4 2013**

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA    )
                            )
Plaintiff,                  )
                            )
v.                          )          CASE No.: 2:03-cr-10115
                            )
CARLOS CARO *et al.*,       )          (Hon. James P. Jones)
                            )
                            )
Defendant.                  )
                            )

## ORDER

Upon motion by the defendant Carlos Caro and for good cause shown, it is hereby

**ORDERED** that the defendant's Motion for Appointment of Counsel is granted. The

Court, pursuant to 18 U.S.C. § 3599, appoints Jon M. Sands, Federal Public Defender for

the District of Arizona, as lead counsel, and Larry Shelton, Federal Public Defender for

the Western District of Virginia as co-counsel to represent defendant Carlos David Caro.

Attorneys assigned to work on this case from each office shall file notices of appearance

with the Court.

ENTERED:    This _14_ day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE

1