**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE No. 2:03-cr-10115 |
| ) | |
| CARLOS CARO, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

Pursuant to the Court's order dated January 14, 2013 (Dkt. No. 190), the Office of the Federal Public Defender hereby gives notice that Karen M. Wilkinson and Robin C. Konrad will appear as counsel on behalf of Defendant Carlos Caro.

Respectfully submitted this 17th day of January, 2013.

s/ Karen M. Wilkinson
Jon M. Sands
Federal Public Defender
Karen M. Wilkinson (AZ Bar No. 014095)
Robin C. Konrad (AL Bar No. 2194-N76K)
Office of the Federal Public Defender
District of Arizona
850 W. Adams Street, Suite 201
Phoenix, Arizona 85007
Ph: 602-382-2700
Fax: 602-889-3960
Email: karen_wilkinson@fd.org
Email: robin_konrad@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on January 17th, 2013, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court through CM/ECF, and also emailed a copy to the party listed below:

Anthony Giorno, AUSA.
Email: anthony.giorno@usdoj.gov


s/Stephanie Bame
Legal Assistant
Capital Habeas Unit