**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE No. 2:03-cr-10115 |
| | ) |
| CARLOS CARO, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

Pursuant to the Court's order dated January 14, 2013 (Dkt. No. 190), the Office of the Federal Public Defender hereby gives notice that Brian J. Beck and Fay F. Spence will appear as counsel on behalf of Defendant Carlos Caro.

Respectfully submitted this 17th day of January, 2013.

s/ Brian J. Beck
Brian J. Beck (Virgina State Bar No. 78049)
Fay F. Spence (Virgina State Bar No. 27906)
Federal Public Defender's Office
201 Abingdon Place
Abingdon, Virginia 24211
Ph: 276-619-6080
Email: brian_beck@fd.org
Email: fay_spence@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on January 17th, 2013, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court through CM/ECF, and also emailed a copy to the party listed below:

Anthony Giorno, AUSA
Email: anthony.giorno@usdoj.gov


s/Stephanie Bame
Legal Assistant
Capital Habeas Unit