# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | Case No. 2:03CR10115 |
| v. | ) | |
| | ) | **ORDER** |
| **CARLOS CARO**, | ) | |
| | ) | By:  James P. Jones |
| Defendant. | ) | United States District Judge |
| | ) | |

The defendant has filed a Response to the government's Motion to Dismiss. The government is granted leave to file a Reply, provided it is filed within 14 days of the date of this Order.

It is so **ORDERED**.

ENTER:   February 21, 2013

/s/ James P. Jones
United States District Judge