**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

**CRIMINAL MINUTES - MOTION HEARING**

Case No.:  **2:03CR10115-001; 1:06CR00001**                    Date:  **November 25, 2013**

**Defendant:  Not Appearing**

**Counsel:  Karen M. Wilkinson, AFPD**
**Fay F. Spence, AFPD,**
**Brian J. Beck, AFPD,**
**Robin Konrad, AFPD via video conference**

PRESENT:    JUDGE:              James P. Jones, USDJ    TIME IN COURT: 1:30 p. m. – 2:47 p. m.
            Deputy Clerk:        Lottie Lunsford                        3:00 p. m. – 3:43 p. m.
            Court Reporter:      Bridget Dickert
            U. S. Attorney:      Anthony Paul Giorno, Rick A. Mountcastle
            USPO:                N/A
            Case Agent:          N/A
            Interpreter:         N/A

**PROCEEDINGS:**

Counsel present for Oral Argument on [189] MOTION to Vacate (2255) /Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255 and [195] MOTION to Dismiss in case #2:03CR10115-001 and [780] Motion to Vacate (2255); [781] Motion for Collateral Relief 2255, [791] Motion to dismiss filed by the government; and [800] Motion for Discovery filed by the defendant. Court takes motions under advisement.