# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### BIG STONE GAP  DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | Case No. 2:03CR10115 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **CARLOS CARO,** | ) | By:  James P. Jones |
| | ) | United States District Judge |
| Defendant. | ) | |

For the reasons set forth in the Opinion accompanying this Final Order, it is

**ORDERED** that the Motion to Vacate, Set Aside, or Correct Sentence Pursuant to

28 U.S.C. § 2255 (ECF No. 189) is DENIED and the Motion to Dismiss (ECF No.

195) is TERMINATED as moot.  Based upon the court's finding that the defendant

has not made the requisite showing of denial of a substantial right, a certificate of

appealability is DENIED.

ENTER:   May 4, 2015

/s/  James P. Jones
United States District Judge