# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:03CR10115** |
| | ) | |
| **CARLOS CARO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### MOTION FOR EXTENSION OF TIME TO RESPOND

The United States, by counsel, respectfully requests an extension of time to July 24, 2015, in which to respond to Defendant's Motion to Alter or Amend Judgment.

Counsel for the United States requests this extension because he will be prosecuting a four week criminal trial *(United States v. Avi Klein, et al., 2:14-cr-00011)* beginning June 8, 2015.  Preparation for and prosecution of that case will not allow sufficient time for counsel to consider the claims raised by the Defendant and prepare a response to same.

WHEREFORE, the United States respectfully requests an extension of time to July 24, 2015, to respond.  A proposed order has been submitted for the Court's convenience.

Respectfully submitted,

ANTHONY P. GIORNO
Acting United States Attorney

Dated:  June 4, 2014

/s/ Rick A. Mountcastle
Rick A. Mountcastle
Assistant United States Attorney
Virginia State Bar No. 19768
P.O. Box 1709
Roanoke, VA  24008-1709
Tel: (540) 857-2254; Fax: (540) 857-2283
Email: rick.mountcastle@usdoj.gov

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2015, I caused the foregoing Motion for Extension of Time to Respond be filed with the Clerk of Court using the CM/ECF system, which will send notification of this filing to counsel of record.

/s/ Rick A. Mountcastle
Rick A. Mountcastle
Assistant United States Attorney

2