**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION**

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

JUN 1 1 2015

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 2:03CR10115 |
| | ) | |
| CARLOS CARO, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND

The United States, by counsel moved the Court for an extension of time in which to respond to Defendant's Motion to Alter or Amend Judgment. Upon consideration of this motion, it is hereby

## O R D E R E D

That the time in which the Respondent may respond to Defendant's Motion to Alter or Amend Judgment is extended to July 2, 2015.

ENTERED this _11th_ day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE