## APPEAL TRANSMITTAL SHEET (non-death penalty)

| | | |
|---|---|---|
| **Transmittal to 4CCA of notice of appeal filed:** ___01/04/16___<br><br>✓ First NOA in Case<br><br>___ Subsequent NOA-same party<br><br>___ Subsequent NOA-new party<br><br>___ Subsequent NOA-cross appeal<br><br>___ Paper ROA   ___ Paper Supp.<br><br>Vols: _____<br><br>Other: _____ | **District:**<br> Western District of Virginia<br><br>**Division:**<br> Abingdon<br><br>**Caption:**<br>U.S. v. Carlos Caro | **District Case No.:**<br> 2:03cr10115<br><br>**4CCA No(s). for any prior NOA:**<br><br><br>**4CCA Case Manager:** |

**Exceptional Circumstances:** ___ Bail ___ Interlocutory ___ Recalcitrant Witness ___ Other _____

| | |
|---|---|
| **Confinement**-Criminal Case:<br>✓ Death row-use DP Transmittal<br>___ Recalcitrant witness<br>✓ In custody<br>___ On bond<br>___ On probation<br>**Defendant Address**-Criminal Case:<br>Inmate # 37786-079<br>USP Terre Haute<br>4700 Bureau Rd., South<br>Terre Haute, IN  47802 | **Fee Status:**<br>___ No fee required (USA appeal)   ___ Appeal fees paid in full   ___ Fee not paid<br>**Criminal Cases:**<br>___ District court granted & did not revoke CJA status (continues on appeal)<br>___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA)<br>___ District court never granted CJA status (must pay fee or apply to 4CCA)<br>**Civil, Habeas & 2255 Cases:**<br>✓ Court granted & did not revoke IFP status (continues on appeal)<br>___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)<br>___ Court never granted IFP status (must pay fee or apply to 4CCA) |
| **District Judge:**<br> Hon. James P. Jones | **PLRA Cases**:<br>___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)<br>___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA) |
| **Court Reporter** (list all):<br> E. Stokes, FTR<br> Bridget Dickert, OCR<br><br><br>**Coordinator**: Brenda Dameron | **Sealed Status** (check all that apply):<br>✓ Portions of record under seal<br>____ Entire record under seal<br>____ Party names under seal<br>____ Docket under seal |

| **Record Status for Pro Se Appeals** (check any applicable): | **Record Status for Counseled Appeals** (check any applicable): |
|---|---|
| ___ Assembled electronic record transmitted | ___ Assembled electronic record available if requested |
| ___ Additional sealed record emailed to 4cca-filing | ___ Additional sealed record available if requested |
| ___ Paper record or supplement shipped to 4CCA | ___ Paper record or supplement available if requested |
| ___ No in-court hearings held | ___ No in-court hearings held |
| ___ In-court hearings held – all transcript on file | ___ In-court hearings held – all transcript on file |
| ___ In-court hearings held – all transcript not on file | ___ In-court hearings held – all transcript not on file |
| ___ Other: | ___ Other: |

Deputy Clerk: Ella Surber _____ Phone: 276-628-5116 _____ Date: 01/07/16 _____

01/2012