FILED:  January 7, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-6027
(2:03-cr-10115-JPJ-1)
(2:13-cv-80555-JPJ)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

CARLOS DAVID CARO

Defendant - Appellant

_____

This case has been opened on appeal.

| Originating Court | United States District Court for the Western District of Virginia at Abingdon |
|---|---|
| Originating Case Number | 2:03-cr-10115-JPJ-1<br>2:13-cv-80555-JPJ |
| Date notice of appeal filed in originating court: | 01/04/2016 |
| Appellant (s) | Carlos Caro |
| Appellate Case Number | 16-6027 |
| Case Manager | RJ Warren<br>804-916-2702 |