**FOURTH CIRCUIT TRANSCRIPT ORDER FORM**

Case Style _____

Dist. Ct. No. _____ District _____

Date Notice of Appeal filed _____ Court of Appeals No._____

Name of Court Reporter/Electronic Rec. (use separate form for each reporter)_____

Address of Reporter_____

Appellant must order any necessary transcript, completing a separate transcript order form (and separate CJA 24 Form) for each reporter and submitting the order to the court reporter and the district court within 14 days of noting the appeal. The completed form must show that necessary financial arrangements have been made or that the original CJA 24 Form has been submitted to the district court clerk. In districts using CJA eVoucher, counsel must submit the CJA 24 in paper form **and** submit an "Auth-24" request through the district court's eVoucher system. Copies of the transcript order form must be attached to the docketing statement filed in the Court of Appeals and served on opposing counsel within 14 days of docketing of the appeal, or the appeal will be subject to dismissal pursuant to Local Rule 45. In sentencing appeals, a transcript of the sentencing hearing must be ordered. In Anders appeals, plea (or trial) and sentencing transcript must be ordered, along with any essential hearing transcripts. In multi-defendant cases involving CJA defendants, only one original trial transcript should be purchased from the court reporter on behalf of CJA defendants, and copies should thereafter be made at commercially competitive rates not to exceed $.15 per page.

If appellee finds other parts of the proceedings necessary, appellee must designate the additional parts within 14 days after service of the transcript order. If appellant has not ordered the additional parts within 14 days, appellee may, within the following 14 days, order the additional parts or move in the district court for an order requiring appellant to do so.

Counsel must review transcript and notify the district court of any intention to direct redaction of personal data identifiers within 7 days of filing of the transcript, and thereafter submit a statement of redactions to the court reporter within 21 days of filing of the transcript, as required by the Judicial Conference Policy on Privacy and Public Access to Electronic Case Files. Counsel should obtain full-size transcript from the court reporter, since condensed transcript may not be used in the appendix. Counsel should verify that the witness name and type of examination appear in the top margin of each page of testimony, as required for inclusion in the appendix on appeal. Local Rule 30(b).

A. This constitutes an order of the transcript of the following proceedings. Check appropriate box(es), provide date of hearing, and indicate total number of estimated pages. Specific CJA authorization is required for opening and closing statements, voir dire, and instructions.

| PROCEEDING | HEARING DATE(S) |
|---|---|
| ☐ Voir Dire | _____ |
| ☐ Opening Statement (Plaintiff) | _____ |
| ☐ Opening Statement (Defendant) | _____ |
| ☐ Closing Argument (Plaintiff) | _____ |
| ☐ Closing Argument (Defendant) | _____ |
| ☐ Opinion of Court | _____ |
| ☐ Jury Instructions | _____ |
| ☐ Sentencing | _____ |
| ☐ Bail Hearing | _____ |
| ☐ Pre-Trial Proceedings (specify) | _____ |
| ☐ Testimony (specify) | _____ |
| ☐ Other (specify) | _____ |

**TOTAL ESTIMATED PAGES** _____

B. I certify that I have contacted the court reporter (or court reporter coordinator if electronic recording) and satisfactory financial arrangements for payment of the transcript have been made.

☐ Private funds. (Deposit of $_____ enclosed with court reporter's copy. Check No. _____.)

☐ CJA (district court not on eVoucher). Original CJA 24 Form submitted to district court and a copy is attached.

☐ CJA (district court on eVoucher). CJA 24 to district court (copy attached) **AND** Auth-24 submitted to district court via eVoucher.

☐ Government expense (civil case--IFP). Motion for transcript at government expense is pending with district judge.

☐ Advance payment waived by court reporter. Payment in full is due upon receipt of transcript.

☐ Federal Public Defender - no CJA 24 Form necessary.

☐ United States appeal - copy of litigation expense form attached, if applicable.

C. Transcript is requested in ☐ paper format ☐ electronic format

Signature _____ Typed Name_____

Address_____

Email _____ Telephone No. _____

Date Sent to Reporter_____

12/21/2015 CAD